## PATRICK BENGTSON *v.* COMMISSIONER OF MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court, 86 Conn. App. 51 (AC 24809), is denied.

PALMER, J., did not participate in the consideration or decision of this petition.

*Russell S. Palmer,* in support of the petition.

Decided January 27, 2005

## TOWN OF BRANFORD *v.* LINDA A. VAN ECK ET AL.

The petition by the defendant Jan Van Eck for certification for appeal from the Appellate Court, 86 Conn. App. 441 (AC 25019), is denied.

*Patrick W. Boatman,* in support of the petition.

Decided January 27, 2005

## STATE OF CONNECTICUT *v.* MAURICE BLACKWELL

The defendant's petition for certification for appeal from the Appellate Court, 86 Conn. App. 409 (AC 25178), is denied.

*Pamela S. Nagy,* special public defender, in support of the petition.

*Rita M. Shair,* senior assistant state's attorney, in opposition.

Decided January 27, 2005